**Opinion issued August 7, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00660-CV

————————————

## IN RE J.A.P.G, A.N.P.G., AND W.D.P.G., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators have filed a motion for voluntary dismissal of their petition for writ of mandamus.[1] No prior opinion has issued in this original proceeding. Accordingly, we grant the motion and dismiss relators' petition for writ of mandamus. *Cf.* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

---

[1]     The underlying case is *In the Interest of J.A.P.G., A.N.P.G., and W.D.P.G., Minor Children*, cause number 2018-15068, pending in the 246th District Court of Harris County, Texas, the Honorable Chelsie Ramos presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.